UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE BEAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISIONER OF SOCIAL SECURITY ADMINISTRATION, et al.,<br><br>　　　　　Defendants. | Case No. 24-cv-07744-WHO<br><br>**ORDER TO SHOW CAUSE** |

The administrative record was filed in this case on January 6, 2025. Dkt. No. 8. Under this Court's Social Security Procedural Order, plaintiff's brief re requested relief was due on February 5, 2025. Dkt. No. 3. As of today's date, plaintiff has not filed that brief.

Plaintiff is ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b). Plaintiff may extinguish this Order to Show Cause by filing the required brief on or before March 14, 2025.

Failure to file the required brief or a stipulation setting a different time may result in dismissal of this case for failure to prosecute.

**IT IS SO ORDERED.**

Dated: February 21, 2025

William H. Orrick
United States District Judge